Application Granted
SO ORDERED
Brooklyn, New York
Dated: __7/10/2020__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Yaakov Steinmetz, individually and on behalf of
all others similarly situated;
        Plaintiff,

    v.    CASE NO.:  **1:20-cv-541**

Alltran Financial, LP,

LVNV Funding, LLC,

and John Does 1-25,
        Defendant.

                                            /

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Yaakov Steinmetz and Defendants Alltran Financial, LP and LVNV Funding, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 9, 2020

| **For Plaintiff Yaakov Steinmetz** | **For Defendant Alltran Financial, LP and LVNV Funding, LLC** |
|---|---|
| */s/ Raphael Deutsch*<br>Raphael Deutsch<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500<br>rdeutsch@steinsakslegal.com | */s/ Kirsten H. Smith*<br>Kirsten H. Smith<br>Sessions, Fishman, Nathan & Israel, LLC<br>3850 N. Causeway Blvd Suite 200<br>Metairie, LA 70130<br>504-846-7943<br>ksmith@sessions-law.biz |
|  |  |

*The Clerk of Court is directed to close this case*

1